UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,  98 Civ. 0977 (JG)(JMA)

         Plaintiff,  **JUDGMENT**
             (SHOSHANA ABRAMOV)

  - against -

SHOSHANA ABRAMOV, et al.,

         Defendants.
-----------------------------------------------------------X

  An Order of the Honorable John Gleeson, United States District Judge, having been executed on February 25, 1999; with no objections having been filed; adopting the November 16, 1998, Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, entering Judgment against defendant Shoshana Abramov in the amount of $4,015.00, comprised of $3,400.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $615.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

  ORDERED and ADJUDGED that the November 16, 1998, Report and Recommendation of the Honorable Joan M. Azarack, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Shoshana Abramov in the amount of $4,015.00, comprised of $3,400.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $615.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

   September 13, 2005

                 s/Robert C. Heinemann
                 **Robert C. Heinemann**
                 **Clerk of the Court**